*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

---

**UNITED STATES OF AMERICA**  15 CR 00176 (KMK)

**against**

**ORDER**

**Brandon Thomas,**

---

Defendant, Brandon Thomas, is hereby ordered to surrender to the United States Marshal by 12:00 on Wednesday, December 18, 2019 for the reasons stated on the record on December 16, 2019.

So Ordered: _____  12/17/19
U.S. District Judge                Date