UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    -v-

Brandon Thomas,

                    Defendant.

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

**15-CR-176 (KMK)**

Defendant Brandon Thomas hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\___ Initial Appearance/Appointment of Counsel

\___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\___ Preliminary Hearing on Felony Complaint

\___ Bail/Revocation/Detention Hearing

_X__ Status and/or Scheduling Conference

\___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Brandon Thomas_____
Print Defendant's Name

____/s/ Margaret M. Shalley_____
Defense Counsel's Signature

____Margaret M. Shalley_____
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

_4/16/20_____

Date

U.S. District Judge/~~U.S. Magistrate Judge~~