

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 8, 2020

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States</u> v. <u>Brandon Thomas</u>, 15 Cr. 176 (KMK)

Dear Judge Karas:

    The above-referenced matter is currently scheduled for a hearing before the Court on an alleged violation of supervised release on June 24, 2020 at 10:00 AM. The Government's 3500 material and exhibits are currently due to be produced to the defense on June 17, 2020. Ms. Shalley and the Government are jointly seeking an adjournment of the hearing until the week of August 31, 2020 based on the Covid-19 public health crisis, with the Government's 3500 material and exhibits to be produced to the defense a week before the hearing.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____

    Benjamin A. Gianforti
    Assistant United States Attorney
    (914) 993-1919

cc:    *Margaret Shalley, Esq.*

*Granted. The Court will hold a hearing on September 8, 2020 at 10:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/10/2020